1  E. MARTIN ESTRADA
   United States Attorney
   MACK E. JENKINS
2  Assistant United States Attorney
   Chief, Criminal Division
3  JULIE J. SHEMITZ (Cal. Bar No. 224093)
   Assistant United States Attorney
4  International Narcotics, Money Laundering & Racketeering Section
       1400 United States Courthouse
5      312 North Spring Street
       Los Angeles, California 90012
6      Telephone: (213) 894-5735
       Facsimile: (213) 894-0142
7      Cell:      (213) 500-9369
       E-mail:    julie.shemitz@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                    UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,         No. 2:23-CR-00524(A)-DMG

13          Plaintiff,                STIPULATION REGARDING REQUEST FOR
                                      (1) CONTINUANCE OF TRIAL DATE(S)
14              v.                    AND (2) FINDINGS OF EXCLUDABLE
                                      TIME PERIODS PURSUANT TO SPEEDY
15  EDGAR JOEL MARTINEZ-REYES ET      TRIAL ACT
      AL.,
16                                    **CURRENT TRIAL DATES:   11/5/24;**
17          Defendants.               **3/25/2025**
                                      **PROPOSED TRIAL DATE:   5/19/2025**
18

19

20       Plaintiff United States of America, by and through its counsel

21  of record, the United States Attorney for the Central District of

22  California and Assistant United States Attorney Julie J. Shemitz, and

23  defendants EDGAR JOEL MARTINEZ-REYES ("MARTINEZ-REYES"), both

24  individually and by and through his counsel of record, Zaura

25  Villagomez; SAI ZHANG ("ZHANG"), both individually and by and through

26  his counsel of record, Rueven L. Cohen and Youngbin Son; CHENGWU HE,

27  both individually and by and through his counsel of record, Victor

28

1 | Sherman; BERNARDO MAUBERIS ("MAUBERIS"), both individually and by and
2 | through his counsel of record, Robert M. Helfend; PANYU ZHAO, both
3 | individually and by and through his counsel of record, Louis J.
4 | Shapiro; RAUL CONTRERAS, individually, and by and through his counsel
5 | of record, Charles C. Brown; GUILLERMO ZAMBRANO, individually, and by
6 | and through his counsel of record, John Targowski; LUIS BELANDRIA-
7 | CONTRERAS ("BELANDRIA-CONTRERAS"), both individually and by and
8 | through his counsel of record, Oliver P. Cleary; HANG SU ("SU"), both
9 | individually and by and through his counsel of record, Michael D.
10 | Walsh; JIAYUNG YU, both individually, and by and through his counsel
11 | of record, Jonathan Perliss; XIAOLEI YE, both individually, and by
12 | and through his counsel of record, Edward M. Robinson; XUANYI MU
13 | ("MU"), both individually and by and through his counsel of record,
14 | Donald M. Matson; SHOU YANG, individually, and by and through his
15 | counsel of record, Robert C. Hsu; DIEGO ACOSTA OVALLE, both
16 | individually, and by and through his counsel of record,        OSCAR
17 | EDUARDO MAYORGA ("MAYORGA"), both individually and by and through his
18 | counsel of record, Matthew J. Lombard; VIDAL LICON-ROBLES ("LICON-
19 | ROBLES"), both individually and by and through his counsel of record,
20 | Robert Bernstein, LEOPOLDO BERNAL, individually, and by and through
21 | his counsel of record, Anthony Solis; JULIO ALEXANDER CABRERA,
22 | individually, and by and through his counsel of record, Peter
23 | Johnson; JOSE ANTONIO PARDO, individually, and by and through his
24 | counsel of record, Michael S. Chernis; and JIANDE ZHOU, individually,
25 | and by and through his counsel of record, Kevin Gres, hereby
26 | stipulate as follows:

1    1.    On April 4, 2024, a grand jury for the Central District of
2  California returned first superseding indictment as to both United
3  States v. Zhang, et al. and United States v. Martinez-Reyes, et al.
4  Initial appearance and arraignment for defendant CHENGWU HE has been
5  set for August 22, 2024.

6    2.    The Speedy Trial Act, 18 U.S.C. § 3161, requires that the
7  trial commence on or before August 20, 2024.

8    3.    Defendants PEIJI TONG, CHENGWU HE ("C. HE"), DANIEL
9  GONZALEZ, and JIAXUAN HE ("J. HE") have not yet appeared in this
10  district.

11    4.    All defendants who have appeared in this district have been
12  released on bond pending trial.

13    5.    The parties estimate that the trial in this matter will
14  last approximately three weeks.  All defendants are joined for trial
15  and a severance has not been granted.

16    6.    By this stipulation, the parties move to continue the trial
17  date to and the status conference to October 21, 2025 and the status
18  conference to October 8, 2025.

19    7.    Defendants request the continuance based upon the following
20  facts, which the parties believe demonstrate good cause to support
21  the appropriate findings under the Speedy Trial Act:

22        a.    Counsel for defendants represent that they have
23  various prior obligations and trial conflicts as set out in Exhibit A
24  hereto. Counsel for defendants also represent that additional time is
25  necessary to confer with their defendants, conduct and complete an
26  independent investigation of the case, conduct and complete
27  additional legal research including for potential pre-trial motions,
28

3

1  review the discovery and potential evidence in the case, and prepare

2  for trial in the event that a pretrial resolution does not occur.

3  Defense counsel represent that failure to grant the continuance would

4  deny them reasonable time necessary for effective preparation, taking

5  into account the exercise of due diligence.

6          b.    Defendants believe that failure to grant the

7  continuance will deny them continuity of counsel and adequate

8  representation.

9          c.    The government does not object to the continuance.

10          d.    The requested continuance is not based on congestion

11  of the Court's calendar, lack of diligent preparation on the part of

12  the attorney for the government or the defense, or failure on the

13  part of the attorney for the Government to obtain available

14  witnesses.

15      8.    For purposes of computing the date under the Speedy Trial

16  Act by which defendants' trial must commence, the parties agree that

17  the time period of January 2, 2024 to October 21, 2025, inclusive,

18  should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A),

19  (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a

20  continuance granted by the Court at defendants' request, without

21  government objection, on the basis of the Court's finding that:

22  (i) the ends of justice served by the continuance outweigh the best

23  interest of the public and defendant in a speedy trial; (ii) failure

24  to grant the continuance would be likely to make a continuation of

25  the proceeding impossible, or result in a miscarriage of justice; and

26  (iii) failure to grant the continuance would unreasonably deny

27  defendant continuity of counsel and would deny defense counsel the

28

1  reasonable time necessary for effective preparation, taking into
2  account the exercise of due diligence.

3      9.    Nothing in this stipulation shall preclude a finding that
4  other provisions of the Speedy Trial Act dictate that additional time
5  periods be excluded from the period within which trial must commence.
6  Moreover, the same provisions and/or other provisions of the Speedy
7  Trial Act may in the future authorize the exclusion of additional
8  time periods from the period within which trial must commence.

9      IT IS SO STIPULATED.
   Dated: August 5, 2024          Respectfully submitted,
10
                                  E. MARTIN ESTRADA
11                                United States Attorney

12                                MACK E. JENKINS
                                  Assistant United States Attorney
13                                Chief, Criminal Division

14
                                  _____/s/_____
15                                JULIE J. SHEMITZ
                                  Assistant United States Attorney
16
                                  Attorneys for Plaintiff
17                                UNITED STATES OF AMERICA

18

19

20      I am EDGAR MARTINEZ-REYES's attorney.  I have carefully
21  discussed every part of this stipulation and the continuance of the
22  trial date with my client. I have fully informed my client of his
23  Speedy Trial rights.  To my knowledge, my client understands those
24  rights and agrees to waive them.  I believe that my client's decision
25  to give up the right to be brought to trial earlier than _____
26  is an informed and voluntary one.

27  _____        _____
    ZAIRA VILLAGOMEZ                          Date
28

5

Attorney for Defendant
EDGAR MARTINEZ-REYES

   I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

EDGAR MARTINEZ-REYES                         Date
Defendant

### CERTIFICATION OF INTERPRETER

   I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant EDGAR MARTINEZ-REYES on this date.

INTERPRETER                                  Date

1   I am SAI ZHANG's attorney.  I have carefully discussed every
2   part of this stipulation and the continuance of the trial date with
3   my client.  I have fully informed my client of his Speedy Trial
4   rights.  To my knowledge, my client understands those rights and
5   agrees to waive them.  I believe that my client's decision to give up
6   the right to be brought to trial earlier than October 21, 2025 is an
7   informed and voluntary one.

8   _____        _____
    RUEVEN L. COHEN                          Date
9   YOUNGBIN SON
    Attorneys for Defendant
10  SAI ZHANG

11

12

13  This agreement has been read to me in Mandarin, the language I
    understand best, and I have carefully discussed every part of it with
14
    my attorney.  I understand my Speedy Trial rights.  I voluntarily
15
    agree to the continuance of the trial date and give up my right to be
16
    brought to trial earlier than October 21, 2025.  I understand that I
17
    will be ordered to appear at 350 West 1st Street, Los Angeles, CA,
18
    90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.
19

20  _____        _____
    SAI ZHANG                                Date
21  Defendant

22                  **CERTIFICATION OF INTERPRETER**

23  I, _____, am fluent in the written and spoken

24  English and Mandarin languages.  I accurately translated this entire

25  agreement from English into Mandarin to defendant SAI ZHANG on this

26  date.

27  _____        _____
    INTERPRETER                              Date

28

7

1

2      I am BERNARDO MAUBERIS's attorney.  I have carefully discussed

3   every part of this stipulation and the continuance of the trial date

4   with my client. I have fully informed my client of his Speedy Trial

5   rights.  To my knowledge, my client understands those rights and

6   agrees to waive them.  I believe that my client's decision to give up

7   the right to be brought to trial earlier than October 21, 2025, is an

8   informed and voluntary one.

9   _____     _____
    ROBERT M. HELFEND                        Date
10  Attorney for Defendant
    BERNARDO MAUBERIS
11

12

13      I have read this stipulation and have carefully discussed it

14  with my attorney. I understand my Speedy Trial rights.  I voluntarily

15  agree to the continuance of the trial date, and give up my right to

16  be brought to trial earlier than October 21, 2025.  I understand that

17  I will be ordered to appear in Courtroom 8C of the Federal

18  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19  2025 at 8:30 a.m.

20  _____     _____
    BERNARDO MAUBERIS                        Date
21  Defendant

22

23                    **CERTIFICATION OF INTERPRETER**

24      I, _____, am fluent in the written and spoken

25  English and Spanish languages.  I accurately translated this entire

26  agreement from English into Spanish to defendant BERNARDO MAUBERIS on

27  this date.

28

```
INTERPRETER                              Date
```

I am PANYU ZHAO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

```
LOUIS J. SHAPIRO                         Date
Attorney for Defendant
PANYU ZHAO
```

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

```
PANYU ZHAO                               Date
Defendant
```

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant PANYU ZHAO on this date.

```
INTERPRETER                              Date
```

I am RAUL CONTRERAS's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025, is an informed and voluntary one.

```
CHARLES C. BROWN                         Date
Attorney for Defendant
RAUL CONTRERAS
```

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

```
RAUL CONTRERAS                           Date
Defendant
```

## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages. I accurately translated this entire agreement from English into Spanish to defendant RAUL CONTRERAS on this date.

10

INTERPRETER _____        Date _____

    I am GUILLERMO ZAMBRANO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025, is an informed and voluntary one.

JOHN TARGOWSKI _____        Date _____
Attorney for Defendant
GUILLERMO ZAMBRANO

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

GUILLERMO ZAMBRANO _____        Date _____
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant GUILLERMO ZAMBRANO on this date.

1

INTERPRETER                                      Date

2

3
    I am HANG SU's attorney.  I have carefully discussed every part

4
of this stipulation and the continuance of the trial date with my

5
client. I have fully informed my client of his Speedy Trial rights.

6
To my knowledge, my client understands those rights and agrees to

7
waive them.  I believe that my client's decision to give up the right

8
to be brought to trial earlier than October 21, 2025 is an informed

9
and voluntary one.

10
MICHAEL D. WALSH                         Date
Attorney for Defendant
11
HANG SU

12

13

14
    I have read this stipulation and have carefully discussed it

15
with my attorney. I understand my Speedy Trial rights.  I voluntarily

16
agree to the continuance of the trial date, and give up my right to

17
be brought to trial earlier than October 21, 2025.  I understand that

18
I will be ordered to appear in Courtroom 8C of the Federal

19
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

20
2025 at 8:30 a.m.

21
HANG SU                                    Date
Defendant
22

23

24
### CERTIFICATION OF INTERPRETER

25
    I, _____, am fluent in the written and spoken

26
English and Mandarin languages.  I accurately translated this entire

27
agreement from English into Mandarin to defendant HANG SU on this

28
date.

1    I am OSCAR EDUARDO MAYORGA'S attorney.  I have carefully

2   discussed every part of this stipulation and the continuance of the

3   trial date with my client. I have fully informed my client of his

4   Speedy Trial rights.  To my knowledge, my client understands those

5   rights and agrees to waive them.  I believe that my client's decision

6   to give up the right to be brought to trial earlier than October 21,

7   2025 is an informed and voluntary one.

8   _____        _____
    MATTHEW J. LOMBARD                       Date
9   Attorney for Defendant
    OSCAR EDUARDO MAYORGA
10

11

12    I have read this stipulation and have carefully discussed it

13   with my attorney. I understand my Speedy Trial rights.  I voluntarily

14   agree to the continuance of the trial date, and give up my right to

15   be brought to trial earlier than October 21, 2025.  I understand that

16   I will be ordered to appear in Courtroom 8C of the Federal

17   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18   2025 at 8:30 a.m.

19   _____        _____
    OSCAR EDUARDO MAYORGA                     Date
20   Defendant

21

22                      **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24   English and Spanish languages.  I accurately translated this entire

25   agreement from English into Spanish to defendant OSCAR EDUARDO

26   MAYORGA on this date.

27   _____        _____
    INTERPRETER                              Date
28
                                    18

1     I, _____, am fluent in the written and spoken

2  English and Mandarin languages.  I accurately translated this entire

3  agreement from English into Mandarin to defendant SHOU YANG on this

4  date.

5

      _____     _____

6  INTERPRETER                        Date

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

17

1  agreement from English into Mandarin to defendant XUANYI MU on this
2  date.

3
_____     _____
4  INTERPRETER                              Date

5
6     I am SHOU YANG's attorney.  I have carefully discussed every
7  part of this stipulation and the continuance of the trial date with
8  my client. I have fully informed my client of his Speedy Trial
9  rights.  To my knowledge, my client understands those rights and
10 agrees to waive them.  I believe that my client's decision to give up
11 the right to be brought to trial earlier than October 21, 2025 is an
12 informed and voluntary one.

13 _____     _____
   SHOU YANG                               Date
   Attorney for Defendant
14 ROBERT C. HSU

15
16    I have read this stipulation and have carefully discussed it
17 with my attorney. I understand my Speedy Trial rights.  I voluntarily
18 agree to the continuance of the trial date, and give up my right to
19 be brought to trial earlier than October 21, 2025.  I understand that
20 I will be ordered to appear in Courtroom 8C of the Federal
21 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
22 2025 at 8:30 a.m.

23 _____     _____
   SHOU YANG                               Date
24 Defendant

25
26                 **CERTIFICATION OF INTERPRETER**

27
28
                                 16

INTERPRETER                                    Date
_____        _____

    I am XUANYI MU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

DONALD J. MATSON                               Date
_____        _____
Attorney for Defendant
XUANYI MU

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

XUANYI MU                                      Date
_____        _____
Defendant

## CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire

15

```
 1  INTERPRETER                                    Date

 2
        I am XIAOLEI YE's attorney.  I have carefully discussed every
 3
    part of this stipulation and the continuance of the trial date with
 4
    my client. I have fully informed my client of his Speedy Trial
 5
    rights.  To my knowledge, my client understands those rights and
 6
    agrees to waive them.  I believe that my client's decision to give up
 7
    the right to be brought to trial earlier than October 21, 2025 is an
 8
    informed and voluntary one.
 9
10  EDWARD M. ROBINSON                             Date
    BRIAN ARTHUR ROBINSON
11  Attorneys for Defendant
    XIAOLEI YE
12

13

14      This agreement has been read to me in Mandarin, the language I

15  understand best, and I have carefully discussed every part of it with

16  my attorney.  I understand my Speedy Trial rights.  I voluntarily

17  agree to the continuance of the trial date and give up my right to be

18  brought to trial earlier than October 21, 2025.  I understand that I

19  will be ordered to appear at 350 West 1st Street, Los Angeles, CA,

20  90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

21
    XIAOLEI YE                                     Date
22  Defendant

23                    CERTIFICATION OF INTERPRETER

24      I, _____, am fluent in the written and spoken

25  English and Mandarin languages.  I accurately translated this entire

26  agreement from English into Mandarin to defendant XIAOLEI YE on this

27  date.

28
                                   14
```

INTERPRETER _____     Date _____

    I am JIAYONG YU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

JONATHON PERLISS _____     Date _____
Attorney for Defendant
JIAYONG YU

    This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

JIAYONG YU _____     Date _____
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant JIAYONG YU on this date.

13

1    I am VICTOR RODRIGUEZ-TRUJILLO's attorney.  I have carefully

2    discussed every part of this stipulation and the continuance of the

3    trial date with my client. I have fully informed my client of his

4    Speedy Trial rights.  To my knowledge, my client understands those

5    rights and agrees to waive them.  I believe that my client's decision

6    to give up the right to be brought to trial earlier than October 21,

7    2025 is an informed and voluntary one.

8    _____        _____
     EDVIN S. FLORES                            Date
9    Attorney for Defendant
     VICTOR RODRIGUEZ-TRUJILLO
10

11    I have read this stipulation and have carefully discussed it

12   with my attorney. I understand my Speedy Trial rights.  I voluntarily

13   agree to the continuance of the trial date, and give up my right to

14   be brought to trial earlier than October 21, 2025.  I understand that

15   I will be ordered to appear in Courtroom 8C of the Federal

16   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

17   2025 at 8:30 a.m.

18

19   _____        _____
     VICTOR RODRIGUEZ-TRUJILLO                  Date
20   Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23        I, _____, am fluent in the written and spoken

24   English and Spanish languages.  I accurately translated this entire

25   agreement from English into Spanish to defendant VICTOR RODRIGUEZ-

26   TRUJILLO on this date.

27   _____        _____
     INTERPRETER                                Date
28

                                19

1      I am VIDAL LICON-ROBLES's attorney.  I have carefully discussed

2  every part of this stipulation and the continuance of the trial date

3  with my client. I have fully informed my client of his Speedy Trial

4  rights.  To my knowledge, my client understands those rights and

5  agrees to waive them.  I believe that my client's decision to give up

6  the right to be brought to trial earlier than October 21, 2025 is an

7  informed and voluntary one.

8  _____          _____

   ROBERT BERNSTEIN                            Date
9  Attorney for Defendant
   VIDAL LICON-ROBLES
10

11

12      I have read this stipulation and have carefully discussed it

   with my attorney. I understand my Speedy Trial rights.  I voluntarily
13
   agree to the continuance of the trial date, and give up my right to
14
   be brought to trial earlier than October 21, 2025.  I understand that
15
   I will be ordered to appear in Courtroom 8C of the Federal
16
   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17
   2025 at 8:30 a.m.
18

19  _____          _____

   VIDAL LICON-ROBLES                          Date
20  Defendant

21

22  ### CERTIFICATION OF INTERPRETER

23      I, _____, am fluent in the written and spoken

   English and Spanish languages.  I accurately translated this entire
24
   agreement from English into Spanish to defendant VIDAL LICON-ROBLES
25
   on this date.
26

27  _____          _____

   INTERPRETER                                 Date
28

1    I am LEOPOLDO BERNAL's attorney. I have carefully discussed
2  every part of this stipulation and the continuance of the trial date
3  with my client. I have fully informed my client of his Speedy Trial
4  rights. To my knowledge, my client understands those rights and
5  agrees to waive them. I believe that my client's decision to give up
6  the right to be brought to trial earlier than October 21, 2025 is an
7  informed and voluntary one.

8  _____        _____
   ANTHONY M. SOLIS                        Date
9  Attorney for Defendant
   LEOPOLDO BERNAL
10

11    I have read this stipulation and have carefully discussed it
12  with my attorney. I understand my Speedy Trial rights. I voluntarily
13  agree to the continuance of the trial date, and give up my right to
14  be brought to trial earlier than October 21, 2025. I understand that
15  I will be ordered to appear in Courtroom 8C of the Federal
16  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17  2025 at 8:30 a.m.
18

19  _____        _____
   LEOPOLDO BERNAL                         Date
20  Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken
24  English and Spanish languages. I accurately translated this entire
25  agreement from English into Spanish to defendant LEOPOLDO BERNAL on
26  this date.

27  _____        _____
   INTERPRETER                             Date
28

                                    21

1    I am JULIO ALEXANDER CABRERA's attorney.  I have carefully

2   discussed every part of this stipulation and the continuance of the

3   trial date with my client. I have fully informed my client of his

4   Speedy Trial rights.  To my knowledge, my client understands those

5   rights and agrees to waive them.  I believe that my client's decision

6   to give up the right to be brought to trial earlier than October 21,

7   2025 is an informed and voluntary one.

8   _____        _____
    PETER JOHNSON                          Date
9   Attorney for Defendant
    JULIO ALEXANDER CABRERA
10

11
         I have read this stipulation and have carefully discussed it
12
    with my attorney. I understand my Speedy Trial rights.  I voluntarily
13
    agree to the continuance of the trial date, and give up my right to
14
    be brought to trial earlier than October 21, 2025.  I understand that
15
    I will be ordered to appear in Courtroom 8C of the Federal
16
    Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17
    2025 at 8:30 a.m.
18

19  _____        _____
    JULIO ALEXANDER CABRERA                 Date
20  Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23       I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant JULIO ALEXANDER

26  CABRERA on this date.

27  _____        _____
    INTERPRETER                            Date
28

                                    22

1    I am JOSE ANTONIO PARDO's attorney.  I have carefully discussed
2  every part of this stipulation and the continuance of the trial date
3  with my client. I have fully informed my client of his Speedy Trial
4  rights.  To my knowledge, my client understands those rights and
5  agrees to waive them.  I believe that my client's decision to give up
6  the right to be brought to trial earlier than October 21, 2025 is an
7  informed and voluntary one.

8  _____    _____
   MICHAEL S. CHERNIS                      Date
9  Attorney for Defendant
   JOSE ANTONIO PARDO
10

11
        I have read this stipulation and have carefully discussed it
12 with my attorney. I understand my Speedy Trial rights.  I voluntarily
13
   agree to the continuance of the trial date, and give up my right to
14 be brought to trial earlier than October 21, 2025.  I understand that
15 I will be ordered to appear in Courtroom 8C of the Federal
16
   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17 2025 at 8:30 a.m.
18

19 _____    _____
   JOSE ANTONIO PARDO                      Date
20 Defendant

21
                    **CERTIFICATION OF INTERPRETER**
22
        I, _____, am fluent in the written and spoken
23
   English and Spanish languages.  I accurately translated this entire
24
   agreement from English into Spanish to defendant JOSE ANTONIO PARDO
25 on this date.
26

27 _____    _____
   INTERPRETER                             Date
28

                                  23

1

2      I am JIANDE ZHOU's attorney.  I have carefully discussed every

3  part of this stipulation and the continuance of the trial date with

4  my client. I have fully informed my client of his Speedy Trial

5  rights.  To my knowledge, my client understands those rights and

6  agrees to waive them.  I believe that my client's decision to give up

7  the right to be brought to trial earlier than October 21, 2025 is an

8  informed and voluntary one.

9  _____          ____8/9/24_____
   JIANDE ZHOU                           Date
10 Attorney for Defendant
   KEVIN D. GRES
11

12

13     I have read this stipulation and have carefully discussed it

14 with my attorney. I understand my Speedy Trial rights.  I voluntarily

15 agree to the continuance of the trial date, and give up my right to

16 be brought to trial earlier than October 21, 2025.  I understand that

17 I will be ordered to appear in Courtroom 8C of the Federal

18 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19 2025 at 8:30 a.m.

20 _____          ____8/9/2024_____
   JIANDE ZHOU                           Date
21 Defendant

22

23                    **CERTIFICATION OF INTERPRETER**

24     I, __Yanyan Liu__, am fluent in the written and spoken

25 English and Mandarin languages.  I accurately translated this entire

26 agreement from English into Mandarin to defendant JIANDE ZHOUon this

27 date.

28

INTERPRETER

08/09/2024

Date

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28